Lewis Bear & Company *et al.*, Appellants. v. W. J. Daniel
    & Company *et al.*, Appellees.

(Supreme Court of Florida, Division B, June 12, 1905.)

Appeal from Circuit Court, Washington county; John
W. Malone, Judge.

*Maxwell & Reeves,* for Appellants.

*Benj. S. Liddon,* for Appellees.

The bill in this cause was filed by the appellants against
the appellees. There was decree for the defendants and
the complainants appealed. The decree is affirmd.

Decision Per Curiam.